Mark H. Hutchings, Esq.
Nevada Bar No. 12783
John B. Lanning, Esq.
Nevada Bar No. 15585
**HUTCHINGS LAW GROUP**
400 S. 4th St., Suite 550
Las Vegas, Nevada 89101
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
John@HutchingsLawGroup.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF NEVADA
# LAS VEGAS DIVISION

| | |
|---|---|
| EDEN TREATMENT, LLC, a Nevada limited liability company; IGNITE TEEN TREATMENT, LLC, a Nevada limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICES, INC., a Colorado Corporation; HMO COLORADO, INC., a Colorado Corporation; CARELON BEHAVIORAL CARE, INC., a Delaware Corporation; CARELON BEHAVIORAL HEALTH, INC., a Virginia Corporation; CARELON HEALTH OF NEVADA, INC., a Nevada Corporation; THE ELEVANCE HEALTH COMPANIES, INC., an Indiana Corporation; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>Defendants. | Case No. 2:24-cv-2257-RFB-MDC<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFFS' TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, TO DISMISS AND STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT, AND SUPPORTING MEMORANDUM OF POINTS & AUTHORITIES**<br><br>**(FIRST REQUEST)** |

PLEASE TAKE NOTICE that the Parties, Plaintiffs EDEN TREATMENT, LLC and IGNITE TEEN TREATMENT, LLC ("Plaintiffs"), by and through their counsel of record, Mark H. Hutchings, Esq. and John B. Lanning, Esq. of HUTCHINGS LAW GROUP and Defendants Rocky Mountain Hospital and Medical Service, Inc. dba Anthem Blue Cross and Blue Shield ("Rocky Mountain"), incorrectly named as Rocky Mountain Hospital and Medical Services, Inc., HMO Colorado Inc. dba

**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, TO DISMISS AND STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT, AND SUPPORTING MEMORANDUM OF POINTS & AUTHORITIES (FIRST REQUEST)**

HMO Nevada ("HMO Colorado"), and The Elevance Health Companies, Inc. ("Elevance') (collectively, "Defendants"), by and through their counsel of record, Tamara Beatty Peterson, Esq. of PETERSON BAKER, PLLC hereby stipulate and agree as follows:

1. On December 30, 2024, Defendants filed a Motion to Compel Arbitration, or in the Alternative, to Dismiss and Strike Plaintiffs First Amended Complaint, and Supporting Memorandum of Points & Authorities (ECF No. 15).
2. A Response is currently due from Plaintiffs on January 13, 2025.
3. Defendants have agreed to extend the deadline for Plaintiff to file a Response to the Motion to Compel Arbitration, or in the Alternative, to Dismiss and Strike Plaintiffs First Amended Complaint, and Supporting Memorandum of Points & Authorities up to and including January 17, 2025.
4. This is the first stipulation of time for Plaintiffs to respond to Defendants' Motion to Compel Arbitration, or in the Alternative, to Dismiss and Strike Plaintiffs First Amended Complaint, and Supporting Memorandum of Points & Authorities (ECF No. 15).

IT IS SO STIPULATED.

| Submitted by: | Approved at to content by: |
|---|---|
| Dated this 14th day of January, 2025 | Dated this 14th day of January, 2025 |
| **HUTCHINGS LAW GROUP** | **PETERSON BAKER, PLLC** |
| By: */s/ Mark H. Hutchings* | By:*/s/ Tamara B. Peterson* |
| Mark H. Hutchings, Esq.<br>Nevada Bar No. 12783<br>John B. Lanning, Esq.<br>Nevada Bar No. 15585<br>400 S. 4th St., Suite 550<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiffs* | Tamara Beatty Peterson, Esq.<br>Nevada Bar No. 5218<br>701 South 7th Street<br>Las Vegas, Nevada 89101<br>*Attorney for Defendants* |

**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, TO DISMISS AND STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT, AND SUPPORTING MEMORANDUM OF POINTS & AUTHORITIES (FIRST REQUEST)**

HUTCHINGS LAW GROUP
400 SOUTH 4TH STREET, SUITE 550
LAS VEGAS, NV 89101

## ORDER

The Stipulation Extending Plaintiffs' time to File a Response to Defendants' Motion to Compel Arbitration, or in the Alternative, to Dismiss and Strike Plaintiffs' First Amended Complaint [ECF No. 15] is hereby GRANTED.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** This 14th day of January, 2025.